IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN DOE, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 1:18-cv-1430 |
| v. : | |
| : | Hon. Janet T. Neff |
| MICHIGAN STATE UNIVERSITY, : | |
| MICHIGAN STATE UNIVERSITY BOARD : | |
| OF TRUSTEES; LOU ANNA SIMON, individually : | |
| and as agent for Michigan State University, JOHN : | |
| ENGLER, individually and as agent for Michigan : | |
| State University, ANDE DUROJAIYE, individually : | |
| and as agent for Michigan State University, RICK : | |
| SHAFER, individually and as agent for Michigan : | |
| State University, ELIZABETH ABDNOUR, : | |
| individually and as agent for Michigan State : | |
| University, and DENISE MAYBANK, individually : | |
| and as agent for Michigan State University, | |
| | |
| Defendants. | |

## DEFENDANTS' JOINT RESPONSE TO PLAINTIFF'S MOTION TO PROCEED UNDER A PSEUDONYM

Defendants Michigan State University, Michigan State University Board of Trustees, Lou Anna Simon, John Engler, Ande Durojaiye, Rick Shafer, Elizabeth Abdnour, and Denise Maybank jointly respond to Plaintiff's Motion to Proceed Under a Pseudonym. Based on the facts as currently known to Defendants, and the current procedural posture of the case, Defendants do not oppose the motion to proceed under a pseudonym. Defendants reserve the right to ask the Court to modify the ruling if circumstances change or new information becomes available.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  March 19, 2019 | s/ Michael E. Baughman<br>_____<br>Michael E. Baughman, Esq.<br>Christopher R. Healy<br>PEPPER HAMILTON LLP<br>3000 Two Logan Square<br>Eighteenth & Arch Streets<br>Philadelphia, PA  19103-2799<br>(215) 981-4000<br>baughmam@pepperlaw.com<br>*Attorneys for Defendants Michigan State University, Michigan State University Board of Trustees, Lou Anna Simon, John Engler, Ande Durojaiye, Rick Shafer, and Denise Maybank* |
|  | s/ Eric K. Combs<br>_____<br>Eric K. Combs, Esq.<br>DINSMORE & SHOHL LLP<br>255 E. Fifth Street, Suite 1900<br>Cincinnati, OH 45202<br>(513) 977-8677<br>eric.combs@dinsmore.com<br>*Attorney for Defendant Elizabeth Abdnour* |

-1-

## **CERTIFICATE OF SERVICE**

   I certify that on March 19, 2019, pursuant to Local Rule 5.7, I filed the foregoing Defendant's Joint Response to Plaintiff's Request to Proceed Under a Pseudonym through the Court's Electronic Case Filing (ECF) system.

               s/ Michael E. Baughman

               Michael E. Baughman, Esq.